Clifton Miles SUTTON, Petitioner–
Appellant,

v.

Ronald J. ANGELONE, Director of
Department of Corrections,
Respondent–Appellee.

No. 02–6824.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 27, 2002.

Clifton Miles Sutton, Appellant Pro Se.
Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WILKINS, LUTTIG, and
TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Clifton Miles Sutton seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Sutton has not made a substantial showing of the denial of a constitutional right. *See Sutton v. Angelone*, No. CA–01–867–AM (E.D.Va. Apr. 30, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*